Civil Action No. 1:22-cv-0582

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GIZZELLE JAMES COUTURIERE INC. c/o GIZZELLE JAME**
was received by me on *(date)* **02/16/2022**

☒ I personally served the summons on the individual at *(place)* **GIZZELLE JAMES AT 814 JUNIPER ST, SUITE 301 ATLANTA, GA 30308** on *(date)* **February 17, 2022** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Description:- Sex: Female - Skin: African American - Hair: Dyed Other Color - Age: 50'S - Height: 5ft4in-5ft

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **February 18, 2022**

*Server signature*

**Haile Kahssu - Process Server**
*Printed name and title*

**4848 Memorial Dr. Suite D Stone Mountain, GA 30083**
*Server's address*

Additional information regarding attempted service, etc:
**SUMMONS IN A CIVIL ACTION; COMPLAINT DEMAND FOR JURY TRIAL; EXHIBIT 1-2**